RECOVED

2025 APR 21  PM 1: 32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sharelle Coleman

_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

New York, State, Port Authority of
New York AND New Jersey, Port Authority
Police Department, Police OFFICER William Spinelli

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?

☐ Yes    ☐ No

EMPLOYMENT DISCRIMINATION COMPLAINT

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/24/19

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Sharelle                        E                        coleman

First Name                      Middle Initial           Last Name

565 E 87th street

Street Address

Kings, Brooklyn          New York                 11236

County, City             State                    Zip Code

917-239-9113                     Sharelle G1 Gmail. com

Telephone Number                 Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    New York state, Port Authority of New York And New Jersey

Name

4 world Trade Centre  150 Greenwich Street

Address where defendant may be served

New York          New York          10007

County, City       State              Zip Code

Defendant 2:    Police officer William Spinelli

Name

4 World Trade Centre  150 Greenwich Street

Address where defendant may be served

New York          New York          10007

County, City       State              Zip Code

Defendant 3:

Port Authority Police Department
Name

4 World Trade Centre, 150 Greenwich Street
Address where defendant may be served

New York          New York          10007
County, City                State              Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

4 World Trade Centre, 150 Greenwich Street
Name

150 Greenwich Street
Address

Manhattan          New York          10007
County, City                State              Zip Code

## III.    CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☑ **Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17,** for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☑ race: _____

☐ color: _____

☐ religion: _____

☑ sex: _____

☐ national origin: _____

☑ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: ___African American___

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☑ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐   did not hire me

☑   terminated my employment

☐   did not promote me

☐   did not accommodate my disability

☐   provided me with terms and conditions of employment different from those of similar employees

☑ · retaliated against me

☑   harassed me or created a hostile work environment

☑   other (specify):   Sexual Assault during my tenure employment By Officer William Spinelli, while in the academy As A Recruit

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

SEE ATTACHED NOTICED OF INTENTION TO File A CLAIM pages 1-6

NYS DIVISION OF HumAN Rights, - pages 1-4

EEOC - Amended Charge - 1-3 pages

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

      ☑ Yes (Please attach a copy of the charge to this complaint.)

          When did you file your charge?    _August 07, 2024_

      ☐ No

Have you received a Notice of Right to Sue from the EEOC?

      ☑ Yes (Please attach a copy of the Notice of Right to Sue.)

          What is the date on the Notice?    _January 29, 2025_

          When did you receive the Notice?    _January 29, 2025_

      ☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

      ☐ direct the defendant to hire me

      ☐ direct the defendant to re-employ me

      ☐ direct the defendant to promote me

      ☐ direct the defendant to reasonably accommodate my religion

      ☐ direct the defendant to reasonably accommodate my disability

      ☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

_See attached Document Pages 1-2_

Page 6

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 04/20/25 | _Sharelle Coleman_ |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| Sharelle | E | Coleman |
| First Name | Middle Initial | Last Name |

565 E 87th STREET
Street Address

| | | |
|---|---|---|
| Kings, Brooklyn | New York | 11236 |
| County, City | State | Zip Code |

| | |
|---|---|
| 917.239.9113 | sharelle.g1@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New Orleans Field Office
500 Poydras Street, Suite809
New Orleans, LA 70130
(504) 635-2531
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/29/2025

**To:** Sharelle Coleman
565 E 87th St , BROOKLYN, NY 11236
Charge No: 520-2024-06743

EEOC Representative and email:    SIRWANDA HALL
Federal Investigator
sirwanda.hall@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Michael Kirkland
01/29/2025

Michael Kirkland
Director

B. Facts
①

# New York State Division of Human Rights Complaint Form

## Individual filing the complaint

Please provide the information requested below.

**First Name**

Sharelle

**Middle Intial**

**Last Name**

Coleman

**Street Address**

565 E 87th street

**City**

Brooklyn

**State**

NY

**Zip**

11236

**Are you completing this form for someone else?**

No

## Your complaint

**Jurisdiction**

Employment

## Employment

**Please specify where the discrimination occurred**

Employment (including paid internship and domestic workers)

**Are you currently working for the employer you are filing against?**

No

**Date of hire**

02/10/2023

**Last day of work**

08/09/2024

**Position held or applied for**

Police officer

**For employment and internships, how many employees does this person/company have?**

20 or more

B. Facts ②

**Acts of alleged discrimination: What did the person/company you are complaining against do? Check all that apply**

Fired me/laid me off
Discriminatory advertisement or inquiry or job application
Sexual harassment
Denied services or treated differently by a temp or employment agency

# Basis

**Basis of alleged discrimination in employment:**

**Gender Identity or Expression** (actual or perceived gender-related identity, appearance, behavior, expression, or other gender-related characteristic regardless of the sex assigned to that person at birth, including, but not limited to, the status of being transgender; complaints involving the need for accommodation of gender dysphoria or other related medical condition can also be filed under disability)
**Race/Color** (because you are Asian, Black, White, etc.; includes ethnicity; includes traits historically associated with race such as hair texture or hairstyle)
**Sex** (because of your gender, includes sexual stereotyping, sexual harassment, pregnancy)
**Retaliation** (if you filed a discrimination case before, were a witness or helped someone else with a discrimination case, or opposed or reported discrimination due to category listed on this page)

**Please specify sex:**

Female

**Please specify race/color:**

Black

**Please specify gender:**

Female

**Please specify what you did to oppose discrimination or how you engaged in protected activity.**

I was discriminated against my gender and race. A colleague was treated differently than I was based on the same criteria

# You are filing a complaint against

**Entity that discriminated against you:**

**Name of entity**

The port authority of NY & NJ

**Street Address**

150 Greenwich

**City**

Manhattan

**State**

ny

**Zip**

10007

**In what county or borough did the violation take place?**

New York Lower (Below 42nd Street)

**Phone Number**

**Email address**

**Fax Number**

**Company Website**

Date of the most recent act of alleged discrimination

08/14/2024

## Description of discrimination

Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and other details. You must explain why you think these acts were discriminatory and how these acts are connected to the protected class (race, color, sex, disability, etc.) you selected previously.
If you have supporting documentation or evidence, you may provide it later.

April 14, 2023 as a recruit I was standing at parade rest when instructor spinelli paced back and forth behind the recruits extremely close. He then went and rubbed his penis on my buttocks twice as he stood there and made an announcement about us leaving. as we waited to exit the baseball field, he stated just a few more minutes and we're leaving. At this point, As I attempted to adjust myself because I was in shock he then walked away.

July 2024 I was wrongfully treated with disparate treatment compared to my male counterparts. I was
Faced with 6 months probation and 10 days suspension. After I disclosed the discrimination I filed a federal EEOC.

August 7, 2024 I filed a EEOC complaint regarding the discrimination I received. I notified the agency via email and telephone conversation along with my union representative. August 9, 2024 I was exiting my home and was ambushed by the agency's staff. At this point an outdoor security camera shows them terminating me for failure to complete probation and also they entered my home without a warrant.
I have been harassed since I was terminated, they unlawfully monitor my phone calls, they have officers texting me threatening messages and asking me about where I live. I feel threatened. They've been in contact with my attorney and had him drop my case against them.

## Declaration

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

I also charge the above-named respondent with violating the relevant federal statute(s) where they apply as follows: Title VII of the Civil Rights Act of 1964, as amended (covers race, color, creed, national origin, sex relating to employment/ the Americans with Disabilities Act (ADA) (covers disability relating to employment/ the Age Discrimination in Employment Act (ADEA) as amended (covers ages 40 years of age or older in employment). I hereby authorize SDHR to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission (EEOC) subject to the statutory limitations contained in the aforementioned law(s).

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice. (If you have another action pending and still wish to file, please contact our office to discuss.)

Please initial:

Sc

I affirm under penalties of perjury, that I am the complainant herein; that I have read (or had read to me) the foregoing complaint and know the content thereof; that the same is true of my own knowledge except as to the matters therein stated on information and belief; and that as to those matters, I believe the same to be true.

Sharelle Coleman

**Enter today's date.**

04/14/2023

Please provide the first name, last name, title and contact information of any witnesses that you wish to include.

Police officer who I notified about the sexual assault during the academy incident
J Vaughn Tyson
Kelvin Cordova
Joy McFarland
Barrinuevo
Khalid

Witnesses I noticed via text message : family and friends
Jeri Lewis
Ronnie Stafford
Philip Sylla
Shakiyl Collier

U.S customs federal agent
James Anderson

## Prior complaint

### Did you report or complain about the discrimination to someone else?

Yes

### Date you reported or complained about discrimination:

08/07/2024

### How exactly did you complain about the discrimination? (To whom did you complain?)

To the federal EEOC

### If you have already filed this complaint with another agency, please provide the complaint/charge number associated with that complaint.

520202406743

## Other information

### Supporting Documentation

520-2024-06743_AmendedChargeofDiscrimination_1_2.pdf
EEOC_REPONSE_1.docx
IMG_0053.jpeg
IMG_0051.jpeg
IMG_0050.jpeg
IMG_0049.jpeg
IMG_7450.jpeg
IMG_8036.jpeg
IMG_7442.png
IMG_7405.png

### Please provide the name, last name, email address, and title of individual people who discriminated against you.

Edward Cetnar
Victoria Lubeck
Christopher Mcneary

### Were other people treated the same as you? How?

No, they were treated differently than me. My male counterparts is an Asian male.

### Were other people treated better than you? How?

Yes, My Asian male counterpart was guided and helped by the union representative and was instructed he did not have to file a report after being pulled over for a routine traffic stop.

B. Facts

UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------    X

SHARELLE COLEMAN,

                                                            **NOTICE OF INTENTION**
                                        Claimant,    **TO FILE A CLAIM**

            -against-

NEW YORK STATE,
PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,
PORT AUTHORITY POLICE DEPARTMENT,
POLICE OFFICER WILLIAM SPINELLI
sued individually and in his official capacity,

                                        Defendants.

-------------------------------------------------------------------    X

TO:    PORT AUTHORITY OF NEW YORK AND NEW JERSEY

        PLEASE TAKE NOTICE that the undersigned claimant, SHARELLE COLEMAN,
intends to file a claim against the State of New York, Port Authority of New York and New
Jersey, Port Authority Police Department, and Police Officer William Spinelli, pursuant to
Section 50-i and 50-j of the General Municipal Law as a result of several incidents that occurred
throughout Claimant's employment at the Port Authority Police Department, including, but not
limited to, occurrences on or about April 14, 2023, December 19, 2023, and August 2, 2024, and
August 9, 2024, at various locations stated below.

1.      Name and post office address of claimant and claimant's attorney:

            Claimant:                                    Attorney:
            Sharelle Coleman                             Philip H. Pierre, Esq.
            565 E 87th Street, Apt 3                     PHP LAW LLC
            Brooklyn, NY 11236                           P.O. Box 508
                                                         Monroe, NY 10949
                                                         Phone: 212-202-0820

2.      The nature of the claim:

        This is a claim for race discrimination, sex/gender discrimination, retaliation, and
sexual harassment under Title VII of the Civil Rights Act of 1964; assault; invasion of privacy;
*respondeat superior* liability; deprivation of constitutional, civil, and common law rights,
including the Fourth and Fourteenth Amendment; deprivation of the New York State
Constitution, 42 U.S.C. §§ 1983 and 1988; deduction of wages in accordance with New York

B. Facts

Labor Law § 193; intentional infliction of emotional distress; negligent infliction of emotional distress; negligence in the hiring training, retention and supervision of its employee: emotional injuries sustained by Claimant as a result of the intentional, reckless and/or negligent conduct by agents, servants and employees of the State of New York and Port Authority.

3.      The time when, the place where, and the manner in which the claim arose:

(1)      On or about April 14, 2023, Claimant, an African American female, and several Port Authority police officers attended an after-work memorial ceremony for deceased Police Officer Anthony Varvaro at The Snug Harbor, in Staten Island, NY (hereinafter "Incident One").

(2)      P.O. Spinelli served as the drill instructor for Claimant and her colleagues during their time at the academy, which included the date of Incident One.

(3)      P.O. Spinelli attended the memorial service.

(4)      During the aforementioned ceremony, Claimant and her colleagues were standing in parade rest formation, a military posture that requires one's feet to be placed shoulder width apart and hands behind the back.

(5)      While in parade rest, P.O. Spinelli began pacing behind Claimant within a close and inappropriate proximity to Claimant's body while instructing officers.

(6)      P.O. Spinelli proceeding to press and rub his genitalia against Claimant's hands.

(7)      Claimant remained in parade rest and repositioned her hands in an effort to avoid contact with P.O. Spinelli's genitals, which now exposed Claimant's buttocks. P.O. Spinelli then countered Claimant's avoidance tactic by now rubbing his genitalia against Claimant's buttocks.

(8)      Claimant was shocked, offended, and distressed by P.O. Spinelli's abhorrent conduct.

(9)      P.O. Spinelli has had other repugnant conduct with recruits at the Port Authority Police Department, including an instance of an alleged physical assault of another African American female.

(10)      Claimant had another unpleasant interaction with P.O. Spinelli in which Spinelli stated in sum and substance, "Do you like me?" to Claimant when he observed Claimant smiling during a training activity (hereinafter "Incident Two").

(11)      On or about December 18, 2023, Claimant was involved in a traffic stop, where she was informed that her vehicle registration was suspended due to unpaid toll violation (hereinafter "Incident Three").

2

B. Facts

(12)    On or about December 19, 2023, Claimant contacted David Haytaian, a Port Authority employee that addresses commuter tolls, to rectify the outstanding toll violations. Pursuant to Claimant's Port Authority employment contract, employees are exempt from paying work-related tolls. It was discovered that the imposed tolls that suspended Claimant's registration were work-related tolls.

(13)    Port Authority officials reprimanded the claimant for failing to report the traffic stop.

(14)    A traffic stop is not a reportable offense pursuant to the agency's policies and procedures, e.g., the agency's general regulations.

(15)    Claimant became aware that a co-worker of Asian descent and of the male gender, P.O. Kai Lin, did not report an incident where he was involved in a traffic stop to Port Authority. P.O. Lin was never reprimanded for failing to report the incident.

(16)    On or about July of 2024, Claimant notified Port Authority Senior EEO Specialist and EEO Compliance Official Abigail Gordon of her looming Equal Employment Opportunity Commission (EEOC) discrimination claim against the Port Authority.

(17)    On or about August 2, 2024, union representative Shaun Kehoe contacted the claimant and informed her that the agency seeks to impose a 10-day suspension and 6-month extension of Claimant's probationary period for failing to report the above-mentioned traffic stop and failure to update the address on her identification card—notwithstanding Claimant's proactive effort to schedule an appointment with the Department of Motor Vehicles to update the address on her identification card (hereinafter "Incident Four").

(18)    On or about August 7, 2024, the EEOC claim against Port Authority was formally filed.

(19)    On or about August 9, 2024, plain clothes Port Authority officers, including Sgt. Rana Ronak, terminated Claimant at her residence while off duty, which was one day prior to the conclusion of her probationary period (hereinafter "Incident Five").

(20)    At the time of the August 9th occurrence, the plain clothes officers searched Ms. Coleman's purse that was on her person and entered the claimant's residence, i.e., her apartment unit, without her consent nor the possession of a warrant and retrieved several items, including Claimant's firearm.

(21)    After Claimant's termination, Port Authority officials communicated with U.S. Customs and Border Protection (CBP) officials and stated disparaging falsehoods regarding the claimant to prevent Claimant from gaining employment at the CBP.

(22)    Port Authority has failed to disburse Claimant's terminal wages as a Port Authority police officer.

(23)    The defendants acted under the pretense and color of state law and within the scope of their employment when they harmed the claimant. Said acts by said defendants were

3

B. FACTS

beyond the scope of their jurisdiction, without authority or law, and in abuse of their powers, and said defendants acted willfully, knowingly, and with the specific intent to deprive claimant of her rights

(24)     Defendants State of New York, Port Authority, and Port Authority Police Department have been aware from lawsuits, notices of claim, and complaints that many of their officers are insufficiently trained and engaged in unlawful conduct. Defendants State of New York, Port Authority, and Port Authority Police Department are further aware that such improper conduct and training has often resulted in a deprivation of civil rights and other laws. Despite such notice, defendants State of New York, Port Authority, and Port Authority Police Department, have failed to take corrective action. This failure caused the officers in the present case to violate the claimant's civil rights, among other laws.

(25)     At all times, the defendants, and their agents, servants and/or employees carelessly, negligently and recklessly retained in their employ, employees who were clearly unfit for the position, who acted in an illegal, unprofessional, negligent and/or deliberate manner in carrying out their official duties and/or responsibilities.

(26)     Claimant was, without just cause or provocation, maliciously, recklessly, negligently subjected to: race discrimination, sex/gender discrimination, retaliation, and sexual harassment under Title VII of the Civil Rights Act of 1964; assault; invasion of privacy; *respondeat superior* liability; deprivation of constitutional, civil, and common law rights, including the Fourth and Fourteenth Amendment; deprivation of the New York State Constitution, 42 U.S.C. §§ 1983 and 1988; deduction of wages in accordance with New York Labor Law § 193; intentional infliction of emotional distress; and negligent infliction of emotional distress.

(27)     The occurrence and injuries sustained by claimant, were caused solely by, and as a result of the malicious, reckless, negligent, and/or intentional conduct of the defendants, and their agents, servants and/or employees, as set forth above, without liability on the part of the Claimant contributing thereto, including, the negligent and reckless manner in which said defendant hired, trained, supervised, controlled, managed, maintained, inspected and retained employees and agents.

4.     The items of damage or injuries claimed are:

Claimant sustained emotional trauma and injuries to her mental well-being. Claimant claims damages for emotional distress, economic loss, and diverse general and special damages.

5.     The particulars of claimant's damages are as follows:

Claimant claims damages in amounts that cannot be reasonably calculated at this time.

4

B. Facts

Dated: April 14, 2025

/s/ *Philip H. Pierre, Esq.*
Philip H. Pierre, Esq., M.P.A., LL.M.
*Attorney for Claimant*
PHP LAW LLC
Phone: 212-202-0820

5

B. FACTS

## VERIFICATION

STATE OF NEW YORK        )
                                             : SS :
COUNTY OF _Kings_        )


SHARELLE COLEMAN affirms, under the penalty of perjury, that:

1. I am the claimant in the within action.
2. I have read the foregoing Notice of Intention to File a Claim and know the contents thereof. The same is true to my own knowledge, except as to those matters said to be upon information and belief, and as to those matters, I believe them to be true.

_____
SHARELLE COLEMAN


Sworn to before me on this
__17__ day of April 2025


_____
Notary Public


KRISTOFF L JACKSON
Notary Public - State of New York
NO. 01JA6391225
Qualified in Kings County
My Commission Expires Apr 29, 2027

## VI. RELIEF



I am writing to formally present my claim for compensation as a result of discrimination,

Retaliation and sexual assault. As described the incident leading to my emotional stress. This experience has caused significant emotional distress and economic loss, which I outline in detail below:

### 1. Emotional Distress

The emotional stress I experienced as a direct result of my claims has had profound effects on my mental well-being. I have attended therapy sessions to address this distress, which has impacted my daily life, relationships, and overall happiness.

### 2. Lost Wages

Due to the emotional and psychological impact of this situation, I have been unable to find employment, resulting in lost wages totaling $103,000. This loss represents both reduced hours worked and missed employment opportunities, overtime, holiday pay, vacation and compensation hours.

### 3. Medical Bills

My medical expenses stemming from this situation are substantial, averaging $350,000. These bills encompass a variety of treatments and services necessary for my physical and mental health.

### 4. Therapy Expenses

I have incurred additional costs related to therapy sessions specifically aimed at addressing the emotional distress caused by this experience, totaling $150,000. These sessions are crucial for my recovery and overall mental health.

### 5. Financial Losses

In addition to lost wages, I have experienced further financial losses amounting to $150,000 due to the inability to manage my personal and professional responsibilities effectively during this crisis.

### 6. Pain and Suffering

The emotional and physical pain I have endured as a result of this situation has been significant. My quality of life has dramatically decreased, and I have suffered from anxiety, depression, and related health issues.

### 7. Loss of Enjoyment of Life

## VI. Relief



I have experienced a considerable loss of enjoyment in life, quantified at $75,000. Activities that I once enjoyed and participated in regularly have become difficult or impossible due to my ongoing emotional struggles.

### 8. Attorney Fees

Throughout this process, I have incurred legal costs totaling $5,000 for necessary representation in seeking justice for the hardships I have endured.

### 9. Desired Outcome

In light of the extensive damages outlined above, I am seeking a total of $3.4 million in compensation. This amount reflects the cumulative financial burden and emotional toll that this situation has imposed on me.

### Conclusion

I respectfully request that my claim be considered seriously, as it represents the genuine effects of the situation on my life. I am hopeful for a resolution that acknowledges both the economic and emotional damages I have suffered.

Sincerely,

Sharelle Coleman



EEOC Form 5 (07/24)

# AMENDED CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 520-2024-06743 |
| New York State Division Of Human Rights | |

---

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Sharelle Coleman

Home Phone:      (518) 698-6799

Year of Birth:      1990

Street Address:    565 E 87th St

BROOKLYN, NY 11236

---

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: PORT AUTHORITY OF NY & NJ

No. Employees, Members: 501+ Employees

Phone No.: (212) 435-6328

Street Address:    241 ERIE ST

JERSEY CITY, NJ 07310

Name:

No. Employees, Members:

Phone No.:

Street Address:

---

DISCRIMINATION BASED ON:

Race, Sex

---

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 12/11/2023

Latest: 07/25/2024

---

THE PARTICULARS ARE:

I am an African American woman that has been discriminated against and retaliated against by my employer.

I believe I have been discriminated against by my employer when I was reprimanded, suspended and extended on my probation era when I failed to report that I got pulled over on a traffic stop and was notified that my registration was suspended. A coworker of mine, who is a man and Asian descent, was in a similar situation as I was, and was told he did not have to report anything unless it was a vehicle incident, or someone had got hurt.

Once I notified my internal EEO of what occurred and my next steps of filing, I was retaliated by my supervisors and was told I was denied a meal after working a 16-hour shift and conducting an arrest. On July 24th, I was verbally counseled without union representation.

On August 9, 2024, I was then terminated and retaliated against for making a complaint.

Based on the above, I believe I was discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.



Mail body:

**12:24** 🔕      .ıll 5G+ 🔋

  

Inbox

**EEOC** Aug 7, 2024

to me ⌄

 Translate to English    ✕

# U.S. Equal Employment Opportunity Commission
## New York District Office

33 Whitehall St 5th Floor New York, NY 10004

(929) 506-5270

Website: www.eeoc.gov

08/07/2024

Sharelle Coleman

565 E 87th St BROOKLYN, NY 11236



Re: Sharelle Coleman v. Port authority of NY & NJ
EEOC Charge Number: 520-2024-06743

Dear Sharelle Coleman,

This is to acknowledge receipt of your EEOC charge of discrimination, which has been filed under the following statute(s):

Title VII of the Civil Rights Act of 1964 (Title VII).

We will contact you when we need more

↩ Reply          ↪ Forward