```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sharelle Coleman,

                Plaintiff,

-against-

New York State, Port Authority of New York and New Jersey, et al.,

                Defendants.

1:25-cv-03336 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On May 9, 2025, the Court ordered Plaintiff to show cause why her *in forma pauperis* ('IFP") status should not be revoked in light of her acquiring counsel in this action. (Order, ECF No. 14.) On May 23, 2025, Plaintiff's counsel filed a declaration in response to the Order. Having reviewed the declaration, it is hereby ORDERED that Plaintiff's IFP status is prospectively revoked, only for purposes of service of process. Given the burden on the U.S. Marshals Service "(USMS"), and the delays associated with the USMS effecting service on behalf of plaintiffs with IFP status, and the minimal expense to Plaintiff in having her counsel effect service, it is in the interest of justice to require Plaintiff's counsel to effect service on Defendants.

**SO ORDERED.**

Dated:    New York, New York
          May 27, 2025

*/s/ Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge