UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sharelle Coleman,<br><br>                    Plaintiff,<br><br>-against-<br><br>New York State, Port Authority of New York and New Jersey, et al.,<br><br>                    Defendants. | 1:25-cv-03336 (JHR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

       No later than Friday, August 8, 2025, Plaintiff shall effect service on defendants Tonya Jeffrey, Ronak Rana and William Spinelli.[1] Plaintiff should refer to the Marshal's Process Receipt and Return of Service for each defendant to properly effect service. (*See* ECF Nos. 17, 20 and 21.)

SO ORDERED.

Dated:      New York, New York
             July 9, 2025

                                                        _____
                                                        STEWART D. AARON
                                                        United States Magistrate Judge

---

[1] Pursuant to Rule 4(m), the deadline to serve all defendants had been July 21, 2025. *See* Fed. R. Civ. P. 4(m). The deadline hereby is extended in accordance with this Order.