UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sharelle Coleman,<br><br>                      Plaintiff,<br><br>-against-<br><br>New York State, Port Authority of New York and New Jersey, et al.,<br><br>                      Defendants. | 1:25-cv-03336 (JHR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

On July 9, 2025, this Court entered an Order requiring Plaintiff to effect service on defendants Tonya Jeffrey, Ronak Rana and William Spinelli (the "Individual Defendants"). (Order, ECF No. 24.) On July 10, 2025, Plaintiff filed affidavits of service for the Individual Defendants. (Affs., ECF Nos. 26-28.) The Affidavits purport to have effected service on the Individual Defendants but are not in compliance with the instructions provided by the U.S. Marshals Service ("USMS") on how to serve the Individual Defendants.[1] (*See* Marshal's Process Receipts, ECF Nos. 17, 20 and 21.) Accordingly, unless the Port Authority agrees to accept service on behalf of the Individual Defendants, it is hereby ORDERED that Plaintiff shall effect service on the Individual Defendants, in accordance with the instructions provided by USMS, no later than August 8, 2025.

**SO ORDERED.**

Dated:     New York, New York
            July 11, 2025

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] The Individual Defendants should be served at their command address.