UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sharelle Coleman,<br><br>                              Plaintiff,<br><br>-against-<br><br>New York State, Port Authority of New York and New Jersey, et al.,<br><br>                              Defendants. | 1:25-cv-03336 (JHR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

On May 1, 2025, the Court entered an Order requiring the Port Authority Police Department ("PAPD") to ascertain the identity of the Jane Doe employee who, on August 9, 2024, along with defendants Ronak Rana and Tonya Jeffery, interacted with Plaintiff at her home. (5/1/25 Order, ECF No. 11.) On May 9, 2025, the Court vacated the May 1 Order. Accordingly, in place of the Court's May 1 Order, it is hereby ORDERED that PAPD shall ascertain the identity of the Jane Doe employee and the address where they may be served. PAPD shall provide this information to Plaintiff and the Court no later than July 30, 2025.

SO ORDERED.

Dated:      New York, New York
               July 16, 2025

                                                                    _____
                                                                      STEWART D. AARON
                                                                      United States Magistrate Judge