UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sharelle Coleman,<br><br>                                    Plaintiff,<br><br>             -against-<br><br>New York State, Port Authority of New York and New Jersey, et al.,<br><br>                                    Defendants. | 1:25-cv-03336 (JHR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

For the reasons stated on the record during today's telephone conference, Plaintiff's letter motion filed at ECF No. 40 is GRANTED IN PART and DENIED IN PART. It is hereby ORDERED as follows:

1. No later than August 25, 2025, Plaintiff shall file an Amended Complaint naming the proper parties as defendants.[1]

2. No later than September 2, 2025, Plaintiff shall serve via first-class mail copies of the summons and Amended Complaint on P.O. William Spinelli at 241 Erie Street, Jersey City, New Jersey 07310, and such service shall be deemed good and sufficient service upon him.

3. By agreement of The Port Authority of New York and New Jersey ("PANYNJ"), which already has appeared in this action, no later than September 2, 2025, Plaintiff shall serve

---

[1] New York State and the Port Authority Police Department shall be removed as defendants; Tonya Jeffery's name shall be changed to Tonya McKinely-Jeffery; and Sargeant Orivelis Torres shall be named in place and stead of Police Officer Jane Doe.

the summons and Amended Complaint on defendants Sgt. Rana, Sgt. McKinely-Jeffery and Sgt. Torres by mail to the address listed on the ECF docket for PANYNJ's counsel.

4. No later than September 5, 2025, Plaintiff shall file to the ECF docket proof of the service effected in accordance with paragraphs 2 and 3 hereof.

5. No later than September 30, 2025, Defendants shall respond to the Amended Complaint.

**SO ORDERED.**

Dated: New York, New York
August 4, 2025

_____
STEWART D. AARON
United States Magistrate Judge