**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Sharelle Coleman,**

**Plaintiff,**

**-against-**

**New York State, Port Authority of New York and New Jersey, et al.,**

**Defendants.**

**1:25-cv-03336 (JHR) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Defendant appeared and counsel for Plaintiff failed to appear. For the reasons stated on the record during today's telephone conference, it is hereby ORDERED as follows:

1. Plaintiff's deposition shall go forward on Monday, August 3, 2026.

2. No later than this Friday, July 10, 2026, Plaintiff's counsel shall file a letter to the ECF docket setting forth what he was required to set forth in today's conference had he appeared, *i.e.*, he shall identify each of the witnesses he seeks to depose, as well as the non-cumulative testimony each such witness is expected to provide.

3. Plaintiff's counsel shall order a copy of the transcript of today's telephone conference, at his own expense, using the form available at the following link: https://www.nysd.uscourts.gov/sites/default/files/2020-06/Etranscript%20Request%20Form%20Rev..pdf

4. The August 12, 2026 fact discovery deadline remains in place, pending Plaintiff's counsel's compliance with this Order.

5. If Plaintiff's counsel fails to appear at future conferences, or fails to comply with Court Orders (including this one), sanctions may be imposed against him.

**SO ORDERED.**

Dated: New York, New York
July 6, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge