PORT AUTHORITY NY NJ

AIR LAND RAIL SEA

October 19, 2026

Request GRANTED. The telephone conference currently scheduled for Tuesday, October 20, at 3:00 p.m. is rescheduled to Wednesday, October 21, at 1:30 p.m.
SO ORDERED.
Dated: 10/19/2026

**VIA ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
Patrick Daniel Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re: Sharelle Coleman v. The Port Authority of New York and New Jersey, Port Authority Police Department, et al.**
**Civil Action No.: 1:25-cv-03336**

Dear Judge Aaron:

I am in receipt of the Court's order scheduling a telephone conference for October 20, 2026 at 3 p.m. regarding the extension of time to complete fact depositions. I am presently engaged in trial before Judge Vitaliano in *Suriel v. Port Authority of New York and New Jersey*, Docket No.: 1:19-cv-03867 (ENV) (ST) and therefore I am unavailable for the telephone conference scheduled for that date. I anticipate that the *Suriel* trial will conclude by October 22, 2026. Megan Lee, who also represents defendants, is likewise unavailable because she will be conducting a court-ordered deposition of an expert witness, which is scheduled to start at 2 p.m. on October 20, 2026 in another matter. The deposition should be concluded by 5 p.m., and if it is convenient for the Court, we request to schedule the conference at that time. Otherwise, she is available on October 21, 2026 anytime before 3 p.m. If neither of these times works for the Court, I respectfully request that the Court reschedule the status conference for a date convenient for the Court.

I apologize for any inconvenience this may cause the Court.

Respectfully requested,

By: /s/ Cheryl Alterman
Cheryl Alterman, Esq.
Telephone: (212) 435-3431

Cc: Philip H. Pierre, Esq. (via ECF)